UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Eduardo Alexander Morales-Munguia, | |
| Petitioner, | Case No. 25-2942 |
| v. | **ATTORNEY AFFIRMATION** |
| Pamela BONDI, Attorney General, | |
| Respondent. | |

I, ALISON ROBERTS, do hereby state the following under the penalty of perjury:

1. I am an attorney licensed to practice law in New York State, and I currently am employed as Staff Attorney at Bronx Legal Services, a division of Legal Services NYC.

2. I am counsel for Petitioner with respect to his immigration proceedings, and in a separate litigation filed in the United States District Court for the Southern District of New York which is now concluded. I am familiar with the circumstances of his case based on my personal review of the documents and court submissions related to his representation.

3. On October 24, 2025, Petitioner was provided a telephonic reasonable fear interview via the "ZAP" Asylum Office, which he passed.

1

4. Withholding only proceedings are now pending scheduling before the New York Immigration Court.

5. Petitioner has diligently pursued his rights since entering the United States in 2022, and should be allowed to continue to do so before this Court.

6. Respondent, through the email correspondence of its counsel, Nicole Thomas-Dorris, has indicated that Respondent opposes this Petitioner's motion to hold the petition abeyance, and does not waive a timeliness objection.

_____
Alison Roberts

Dated: November 20, 2025