LEGAL SERVICES NYC | BRONX

**BY ECF**

United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Morales-Munguia v. Blanche*, No. 25-2942**

To the Second Circuit and the Clerk of the Court:

I write respectfully to inform the Court that I will be leaving Bronx Legal Services, a subsidiary of Legal Services NYC, on September 11, 2026. Accordingly, I request entry of an order terminating my appearance in this matter. My colleagues, Melissa Banks and Carolyn Norton, has already entered a notice of appearance and will continue to handle the case.

Respectfully submitted,

Alison Roberts
Staff Attorney
Bronx Legal Services
349 E 149th Street
10th Floor
Bronx, NY 10451